FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2021

No. 04-21-00181-CV

Robert **CORLEY**,
Appellant

v.

Timothy **CORLEY**, Jason Corley and Century Oaks Land LLC,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI02547
Honorable Norma Gonzales, Judge Presiding

# O R D E R

On May 10, 2021, petitioner filed a petition for permissive appeal. On June 10, 2021, petitioner filed a letter with this court requesting clarification regarding deadlines. It is **ORDERED** that all appellate filing deadlines are **ABATED** pending further orders from this court.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court